# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MILTON ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV419-201 |
| | ) |
| DR. OLATUNJI AWE, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Before the Court is plaintiff Milton Ross's Motion for Leave to Proceed *in forma pauperis*. Doc. 4. For the following reasons, the motion should be **DENIED**.

Two important points must be underscored. First, proceeding IFP is a privilege, not a right. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 198 (1993). And second, courts have discretion to afford litigants IFP status; it is not automatic. 28 U.S.C. §1915(a)(1) (courts "may authorize the commencement" of IFP actions); *Denton v. Hernandez*, 504 U.S. 25, 31 91992); *see also Marceauz v. Democratic Party*, 79 F. App'x 185, 186 (6th Cir. 2003) (no abuse of

discretion when court determined plaintiff could not afford to pay the filing fee without undue hardship because he has no room and board expenses, owns a car, and spends the $250.00 earned each month selling plasma on completely discretionary items); *Lee v. McDonald's Corp.*, 231 F.3d 456, 458 (8th Cir. 2000) (the decision of whether to grant or deny IFP status under 28 U.S.C. §1915 is discretionary).

Plaintiff, who is incarcerated at Coastal State Prison, alleges that he currently has "about $15,000 in a bank account." Doc 4. at 2. He also acknowledges that he owns a home and household furnishings. *Id*. Plaintiff has not indicated that he has carries any debt or is responsible for living expenses. As his application for leave to proceed IFP evidences the ability to pay the required filing fee, it should be **DENIED**.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. §636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for

additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. §636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO ORDERED**, this 29th day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA