# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MILTON ROSS,

    Plaintiff,

v.

DR. OLATUNJI AWE; DR. GLEVIRTZ; and MS. CYNTHIA RIVERS;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-201

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 16, 2019 Report and Recommendation, (doc. 5), to which Plaintiff filed no objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 5), as the opinion of the Court and **DENIES** Plaintiff's Motion to Proceed in forma pauperis.

**SO ORDERED**, this 28th day of October, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA