# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MILTON ROSS,

    Plaintiff,

v.

DR. OLATUNJI AWE, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-201

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 10, 2020, Report and Recommendation, (doc. 11), to which Plaintiff has expressed agreement and not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 11), as the opinion of the Court and **DENIES AS MOOT** plaintiff's motion for preliminary injunction.

The Magistrate Judge allowed plaintiff an opportunity to file supplemental pleadings supporting his retaliation claim. Plaintiff has expressly declined to file any supplement. (Doc. 12 at 1.) The Court construes this as a voluntary withdrawal of plaintiff's retaliation claims. Therefore, those claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 8th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA