UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MILTON ROSS,                              )
                                          )
                                          )
      Plaintiff,                          )
                                          )
v.                                        )          CV419-201
                                          )
DR. OLATUNJI AWE, *et al.*,               )
                                          )
                                          )
      Defendants.                         )

## ORDER

Before the Court is what plaintiff Milton Ross has styled as a motion for retaliation.  Doc. 20.  The Court construes this as a motion to amend his pleadings to add Ms. Henry as a defendant and a claim of first amendment retaliation.

Plaintiff alleges that he was provided with a letter advising that the state parole board has granted his request for clemency. Doc. 20 at 3–4. Rivers and Henry, however, attest that they have not been provided with notice of the parole board's determination. *Id.* at 4–5.  Plaintiff alleges that the opening of his mail, the delay in its delivery, and the unwillingness to honor the parole board's determination are acts of retaliation for his

having filed this civil suit. *Id*. at 6.

Plaintiff's motion alleges acts too distinct from the original pleadings to permit amendment. Pursuant to Federal Rule of Civil Procedure 20(a)(2), defendants may be joined in one action if "(A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20(1). Though plaintiff harkens back to his original pleadings with references his "medical needs," doc. 20 at 8, his new allegations of interference with mail and denial of release are too distinct to be considered having arisen from the same nexus of facts as his earlier pleadings. *Compare* doc. 1 at 10–26 (alleging denial of adequate medical care for failing to provide dentures and retaliation in response to an unrelated case) *with* doc. 20 at 3–10 (alleging failure to recognize a determination of clemency by the State Board of Pardons and Paroles and interference with mail in retaliation for filing this lawsuit). As the motion to amend is unrelated to the original complaint, it is **DENIED**. If plaintiff wishes to pursue his retaliation claims, he must do so by filing a separate case.

**SO ORDERED**, this 1st day of September, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA