IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MILTON ROSS, <br><br> Plaintiff, <br><br> v. <br><br> DR. OLATUNJI AWE, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-201 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 22, 2020, Report and Recommendation, (doc. 17), to which no party has filed objections.[1]  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 17), as its opinion.  Therefore, Plaintiff's motion to compel (doc. 13), motion for sanctions (doc. 15), and motion for injunctive relief, (doc. 16), are each **DENIED**.

**SO ORDERED**, this 3rd day of September, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff has filed a response to the Report and Recommendation attesting to having perfected service on the Defendants, as directed by the Court.  (Doc. 19.)  He has also filed what he captions "Objections and Responses to Reported and Recommended of United States Magistrate Judge Southern District of Georgia Christopher L. Ray." (Doc. 22.)  However, that document does not address the substance of the Report and Recommendation or otherwise address the substance of the Magistrate Judge's analysis.  Rather, Plaintiff primarily requests that the Court have the United States Marshals Service serve Defendants.  (Id.)  While Plaintiff vaguely requests more time to respond to the Court, he does state whether he would offer any objections, much less preview what objections he would make or otherwise address the Report and Recommendation.  The Court has construed this filing as a motion for authorization of service by the United States Marshals Service and has denied it as moot.  (Doc. 23.)