# United States District Court

## Southern District of Georgia

Milton Ross,

_____  
Plaintiff

v.

Dr. Olatunji Awe, et al.,

_____  
Defendant

Case No. __4:19-cv-00201-RSB-CLR__

Appearing on behalf of

__Plaintiff Milton Ross__  
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of February, 2021.

_____  
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: John C. Toro

Business Address: King & Spalding LLP  
Firm/Business Name

1180 Peachtree Street  
Street Address

Atlanta   GA   30309  
Street Address (con't)   City   State   Zip

_____  
Mailing Address (if other than street address)

_____  
Address Line 2   City   State   Zip

(404) 572-4600   175145  
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: jtoro@kslaw.com