# United States District Court

## Southern District of Georgia

Milton Ross,

_____  Case No.  4:19-cv-00201-RSB-CLR
Plaintiff

v.   Dr. Olatunji Awe, et al.,  Appearing on behalf of
                                 Plaintiff Milton Ross
_____   _____
Defendant                          (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Robert D. Griest

Business Address:  King & Spalding LLP
                    Firm/Business Name
                    1180 Peachtree Street
                    Street Address
                    Atlanta        GA        30309
Street Address (con't)   City      State     Zip

_____
Mailing Address (if other than street address)

Address Line 2    City      State     Zip

(404) 572-4600                      294216
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  rgriest@kslaw.com