# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2023

Clerk - Southern District of Georgia
U.S. District Court
124 BARNARD ST
SAVANNAH, GA 31401

Appeal Number: 23-12996-H
Case Style: Milton Ross v. Olatunji Awe
District Court Docket No: 4:19-cv-00201-RSB-CLR

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-12996-H

_____

MILTON ROSS,

                              Plaintiff - Appellant,

versus

DR. OLATUNJI AWE,

                              Defendant - Appellee,

DR. GLEVIRTZ,
Dentist, et al.,

                              Defendant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Milton Ross failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules..

Effective November 29, 2023.

                              DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                              FOR THE COURT - BY DIRECTION